IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GREAT AMERICAN INSURANCE CO.,

                                      Plaintiff.

            v.                                 Civil Action Number 3:05CV159

ALFRED GROSS, et al.,

                                   Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants Kenneth Patterson's and Carolyn Hudgins' Motion for Preliminary Injunction. For the reasons stated in the accompanying memorandum opinion, Defendants' Motion is GRANTED. Accordingly, Plaintiff Great American Insurance Company is ORDERED to advance the costs of defense for Defendants Patterson and Hudgins, until the merits of the rescission and declaratory judgment claim have been adjudicated.

It is FURTHERED ORDERED that Defendants Patterson and Hudgins shall post a bond in the sum of zero dollars.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

                                                      /s/ James R. Spencer
                                                  UNITED STATES DISTRICT JUDGE

MAY 3, 2005
DATE